**Faegre Drinker Biddle & Reath LLP**
Matthew J. Fedor
Alison E. Thompson
600 Campus Drive
Florham Park, New Jersey  07932
973-549-7000
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>-v-<br><br>THE ALDO GROUP INC.,<br><br>Defendant. | Civil Action No.:<br><br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant The Aldo Group Inc. ("Aldo"), by and through undersigned counsel, hereby removes this action from the Superior Court of New Jersey, Hudson County, to the United States District Court for the District of New Jersey.  As grounds for removal, Aldo states as follows:

1. On or about February 2, 2023, Carlos Herrera ("Plaintiff") filed a Complaint against Aldo in the Superior Court of New Jersey, Hudson County, Law Division (HUD-L-000430-23).  Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** are true and correct copies of Plaintiff's Complaint and the Civil Case Information Statement issued in the State Court Action, which constitute all of the process, pleadings, and orders served upon Defendant in this action to date.  Also included in **Exhibit A** is a true and correct copy of the state court Track Assignment Notice, which together with the Complaint and Case Information Statement,

encompasses all of the documents on the state court docket to date.

2. On February 23, 2023, counsel for Aldo executed a Waiver of the Service of Summons effective February 16, 2023. Therefore, service was effective as of February 16, 2023. A true and correct copy of the executed Waiver of the Service of Summons is attached as **Exhibit B.**

3. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b) because it was filed within thirty (30) days from the date Aldo was served the summons. No previous Notice of Removal has been filed or made to this Court for the relief sought herein.

4. Plaintiff asserts claims against Aldo arising under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.

5. This Court has original jurisdiction based on a federal question because Plaintiff asserts claims arising under federal law.

6. Venue of this removal action is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of New Jersey embraces the Superior Court of New Jersey, Law Division, Hudson County, where the State Court Action was originally filed.

7. A copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of Hudson County, New Jersey in accordance with 28 U.S.C. § 1446(d).

8. Copies of this Notice of Removal and the Notice of Filing Notice of Removal to the Clerk of the Superior Court of Hudson County, New Jersey are being served upon Plaintiff.

**WHEREFORE,** Aldo hereby removes this action from the Superior Court of Hudson County, New Jersey, to the United States District Court for the District of New Jersey.

                                  */s/ Matthew J. Fedor*
                                  Matthew J. Fedor
                                  **FAEGRE DRINKER BIDDLE & REATH LLP**
                                  600 Campus Drive
                                  Florham Park, NJ  07932
Date:   March 17, 2023           973-549-7000

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**

I hereby certify that, to the best of my knowledge, the matter in controversy in the above-captioned action is not the subject of any other action pending in any court or the subject of a pending arbitration proceeding.

*/s/ Matthew J. Fedor*
Matthew J. Fedor