## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | ) Case No: 2:23-cv-01492-BRM-CLW )  ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL ) |
| vs. | ) ) |
| THE ALDO GROUP, INC., | ) ) |
| Defendant. | ) |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Carlos Herrera and Defendant, The Aldo Group,, Inc., that the above-entitled action is hereby dismissed against Defendant, The Aldo Group,, Inc., with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 4th, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J. Fedor* | */s/ Daniel Zemel* |
| Matthew J. Fedor, Esq. | Daniel Zemel, Esq. |
| Faegre Drinker Biddle & Reath LLP | Zemel Law LLC |
| 600 Campus Drive Florham Park, NJ | 660 Broadway, |
| 07932 Matthew.Fedor@faegredrinker.com | Paterson, NJ 07514 |
| Phone: 973-549-7329 | Tel: (862) 227-3106 |
| Attorney for The Aldo Group Inc. | Fax: (973) 282-8603 |
| | Email: dz@zemellawllc.com |
| | Attorney for Plaintiff, Carlos Herrera |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2023, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: 05-05-2023